UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, JR.,<br><br>                       Plaintiff,<br><br>v.<br><br>MARCUS POLLARD, et al.,<br><br>                       Defendants. | Case No.: 21-cv-162-MMA (RBM)<br><br>**ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>[Doc. No. 29] |

      Before the Court is an Ex Parte Application for an Extension of Time to Respond to the Complaint. Doc. No. 29. The current deadline for Defendant Pollard to respond to the Complaint is November 16, 2021. Deputy Attorney General Zohar, by special appearance, requests an additional 30 days to respond on the basis that the Office of the Attorney General has not yet been able to determine if it will represent either of the defendants in this case. Doc. No. 29 at 3. Upon due consideration, good cause appearing, the Court **GRANTS** the ex parte application. Defendant Pollard shall file a response to the Complaint on or before **December 16, 2021**.

      **IT IS SO ORDERED**.

Dated: November 15, 2021

                                                  HON. MICHAEL M. ANELLO
                                                 United States District Judge