UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, JR.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARCUS POLLARD, Warden, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 21-cv-0162-MMA-BGS<br><br>**ORDER:**<br>　(1) **SETTING TELEPHONIC EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE**<br>　(2) **DENYING PLAINTIFF'S MOTION REQUESTING MANDATORY SETTLEMENT CONFERENCE AS MOOT**<br>　**[ECF 48]** |

**I.　Early Neutral Evaluation and Case Management Conference**

　　　Plaintiff Henry A. Jones, Sr., a state prisoner proceeding *pro se*, filed this action under 42 U.S.C. § 1983. (ECF 1.) On June 3, 2022, Defendant M. Pollard filed an Answer to Plaintiff's Complaint. (ECF 49.) Accordingly, IT IS HEREBY ORDERED:

　　　　　1.　A **TELEPHONIC** Early Neutral Evaluation Conference shall be held on **August 2, 2022** at **10:00 AM** before United States Magistrate Judge Bernard G. Skomal.  Counsel for Defendant with full settlement authority shall appear telephonically and shall make arrangements for Plaintiff to appear telephonically.  Once all participants

are on the line, counsel shall initiate the joint call to chambers.[1]  The named Defendant is excused from appearing so long as the government attorney who participates in the ENE conference (1) has primary responsibility for handling the case; and (2) may negotiate settlement offers which the attorney is willing to recommend to the government official having ultimate settlement authority.

2. The parties are to <u>LODGE</u> ENE statements no later than **July 12, 2022.** ENE statements may not exceed seven pages.  The statement must address the legal and factual issues in the case and should focus on issues most pertinent to settling the matter. Statements do not need to be served on opposing counsel and should not be filed.  The statement must also include any prior settlement offer or demand, as well as the offer or demand the party will make at the ENE.  The Court will keep this information confidential unless the party authorizes the Court to share the information with opposing counsel.

3. The confidential settlement statements should be lodged by e-mail to **efile_skomal@casd.uscourts.gov**.[2]  However, if Plaintiff is unable to email his ENE statement, it may be lodged by mail to the **U.S. District Court, Southern District of California, Office of the Clerk, Attn: Magistrate Judge Skomal's Chambers, 333 West Broadway, Suite 420, San Diego, CA 92101**.  The submission should be captioned "CONFIDENTIAL ENE STATEMENT."  Settlement conference statements **<u>SHALL NOT</u>** be filed with the Clerk of the Court.  Settlement conference statements may be exchanged confidentially with opposing counsel within the parties' discretion.

4. If the case does not settle during the Early Neutral Evaluation, a Case Management Conference will be held at the conclusion of the Early Neutral Evaluation. Accordingly, Defendants' counsel shall arrange a meeting with Plaintiff to prepare a joint

---

[1] To the extent a specific further order from the Court is required for Plaintiff to participate in the conference telephonically, the parties should file a Joint Motion.

[2] Pursuant to local and chambers rules, the efile_skomal@casd.uscourts.gov e-mail address is not to be utilized to communicate with the Court.  It may only be used when communications are ordered by the Court.  Here, for example, the Court is ordering submission of a confidential settlement brief.

discovery plan and deposition schedule so that discovery can be timely completed. Defendants' counsel shall file the joint discovery plan on the CM/ECF system as well as LODGE it with Magistrate Judge Skomal by e-mailing the Plan to efile_skomal@casd.uscourts.gov, on or before **July 12, 2022.**  Following a Case Management Conference, the Court will issue a Scheduling Order in due course.

  5. <u>Requests to Continue an ENE Conference:</u>  Requests to continue ENEs are rarely granted.  The Court will, however, consider formal motions to continue an ENE when extraordinary circumstances exist and the other party has no objection.  Any request for a continuance must be made as soon as a party or counsel is aware of the circumstances that warrant rescheduling the conference.  **Requests to continue the ENE based on preexisting scheduling conflicts must be raised within 14 days of the Court's issuance of this Order.**

  6. <u>Settlement Prior to ENE Conference:</u>  The Court encourages the parties to work on settling the matter in advance of the ENE Conference.  In the event that the parties resolve the matter prior to the day of the conference, the following procedures must be followed before the Court will vacate the ENE:

  A. The parties may file a Joint Motion to Dismiss and submit a proposed order to the assigned district judge.  If a Joint Motion to Dismiss is filed, the Court will immediately vacate the ENE;

  B. If the parties settle more than 24 hours before the conference but are not able to file a Joint Motion to Dismiss, they must file a **Joint** Notice of Settlement containing the **electronic signatures of counsel for all settling parties** and must also identify a date by which the Joint Motion to Dismiss will be filed;

  C. If the parties settle less than 24 hours before the conference, counsel for the settling parties must JOINTLY call chambers and inform the Court of the settlement and receive Court permission not to participate in the ENE.

II.     **Plaintiff's Motion for Mandatory Settlement Conference**

On May 31, 2022, Plaintiff filed a Motion requesting a Mandatory Settlement Conference. (ECF 48.)  Given the Court has set an Early Neutral Evaluation Conference, the Motion requesting a settlement conference is **DENIED as moot**.

**IT IS SO ORDERED**.

Dated:  June 6, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge