UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, JR.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARCUS POLLARD, Warden, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 21-cv-0162-MMA-BGS<br><br>**ORDER GRANTING JOINT MOTION REQUESTING COURT ISSUE ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>**[ECF 56]** |

　　　Defendant and Plaintiff have filed a Joint Motion Requesting Court Issue Order & Writ of Habeas Corpus Testificandum[1] to produce Plaintiff via telephone on August 2, 2022 at 10:00 AM for the telephonic Court ordered Early Neutral Evaluation and Case Management Conference. (ECF 56.)  The Joint Motion indicates that Plaintiff is confined at the California Medical Facility in the custody of the Warden. (*Id.*)

---

[1] The Court notes that a proposed order was not submitted. *See* CivLR 7.2.c ("Upon the filing of a joint motion, the filing party must also submit a proposed order to the assigned judicial officer.  The proposed order must be a document separate from the joint motion.").

1

1     Plaintiff, Inmate Henry A. Jones, being a necessary participant in the Early Neutral Evaluation and Case Management Conference set before the undersigned, the Joint Motion is **GRANTED** and a Writ of Habeas Corpus Ad Testificandum is issued **ORDERING** Plaintiff, Inmate Henry A. Jones, Jr., CDCR No. P-69574, be produced to appear by **TELEPHONE** from his present institution before Magistrate Judge Bernard G. Skomal on August 2, 2022 at 10:00 AM. Conference call information will be provided to Defendant's counsel.

    The Court further **ORDERS** the current custodian to provide any new custodian with a copy of this Order if there is any change in the custody of Plaintiff Inmate Jones prior to the August 2, 2022 ENE/CMC.

**IT IS SO ORDERED**.

Dated: July 20, 2022

_____
Hon. Bernard G. Skomal
United States Magistrate Judge