UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, JR.,<br><br>                                 Plaintiff,<br><br>v.<br><br>MARCUS POLLARD, Warden, et al.,<br><br>                                 Defendants. | Case No.: 21-cv-0162-MMA-BGS<br><br>**ORDER DENYING REQUEST FOR EXTENSION TO APPEAR BEFORE COURT**<br><br>**[ECF 58]** |

   In a request dated July 6, 2022, Plaintiff seems to be requesting a continuance of a court appearance. (ECF 58.) Plaintiff appears to argue that the court appearance should be extended to 30 days after he is transferred to a different facility because it would not make sense to personally appear before the Court here and return to his current facility. (*Id.*) Plaintiff appears to be under the mistaken impression that a personal appearance is required. (*Id.* ("I explained to the counselor on 7-6-2022 that [I] have a court date coming up, [h]e tr[i]ed to explain to me that the Court[] is not going to call you to court, everything is on web-cam due to covid").)

   The only Court hearing set before this Court at this time is the Early Neutral Evaluation and Case Management Conference set for August 2, 2022 at 10:00 AM.

However, the conference is telephonic and no in-person appearances are required. (ECF 50.) Given the conference is telephonic and the Court has ordered Plaintiff's participation by telephone from his current institution, there is no need to continue the ENE/CMC until Plaintiff is transferred to a different institution.

The request is **DENIED**.

**IT IS SO ORDERED**.

Dated: July 20, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge