UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, JR., <br><br> Plaintiff, <br><br> v. <br><br> MARCUS POLLARD, <br><br> Defendant. | Case No.: 21-cv-162-MMA (RBM) <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW** <br><br> [Doc. No. 70] |

 Plaintiff Henry A. Jones, Jr., a California state inmate proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983, alleging Defendant was deliberately indifferent to his health and safety in violation of the Eighth Amendment by housing inmates infected with COVID-19 in the building where he was housed at the R.J. Donovan Correctional Facility. *See* Doc. No. 1. On October 6, 2022, Plaintiff filed a motion to amend his Complaint. *See* Doc. No. 66. In his motion for leave to amend, Plaintiff appears to challenge conditions of his confinement unrelated to the incident set forth in his Complaint and asks the Court to allow him to amend his Complaint "only" to change "the jurisdiction to American Disability Act. Sec. 504 Rehabilit[ation]." *Id.* at 1. Pursuant to the Court's briefing schedule, *see* Doc. No. 67, Defendant filed an opposition to the motion, *see* Doc. No. 69.

1       Plaintiff now seeks to "withdraw amended claim: of American Disability Act."
2 Doc No. 70.  He explains that he "wishes to withdraw any claims unrelated to this action"
3 and that there "are no new Defendant[]s nor new claims."  *Id.*  Plaintiff maintains that the
4 Court need not rescreen his original Complaint.  *See id.*
5       Therefore, upon due consideration, good cause appearing, the Court **GRANTS**
6 Plaintiff's motion to withdraw, Doc. No. 70, and **TERMINATES** his motion for leave to
7 amend, Doc. No. 66.
8       **IT IS SO ORDERED**.
9 Dated:  November 28, 2022

                                          *[signature]*

                                HON. MICHAEL M. ANELLO
                                United States District Judge